GARY F. FOX v. THE TOWNSHIP OF
PARSIPPANY–TROY HILLS.

May 30, 1985.

Petition for certification denied.   (See 199 *N.J.Super.* 82)

MONTEGO BAY, INC. v. BOROUGH OF BELMAR.

May 30, 1985.

Petition for certification denied.

SINKERS, INC. v. LEWIS C. STANLEY AND
GEORGE T. MCMAHON.

May 30, 1985.

Petition for certification denied.

JAVINA TEVIS v. MICHAEL TEVIS, JR.

May 30, 1985.

Petition for certification denied.